COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Giovanni Mora v. The State of Texas

Appellate case number:   01-12-00692-CR

Trial court case number:  1302920

Trial court:             339th District Court of Harris County

       Certain exhibits that were admitted into evidence at trial in the above-referenced case were omitted from the appellate record.  The Court directs the Harris County District Clerk to supplement the appellate record with the following original exhibits:

1. State's Exhibit 5 (CD–911)
2. State's Exhibit 31 (Video)
3. State's Exhibit 67-A (DVD–confession)
4. State's Exhibit 67-B (CD–confession)

*See* TEX. R. APP P. 34.6(g)(2).  The Clerk of this Court is directed to cooperate with the district clerk and/or court reporter to provide for the safekeeping, transportation, and return of such exhibit.  *See id.*

       The original exhibits must be filed in this Court **no later than 10 days from the date of this order**.

       It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                        Acting individually

Date: January 28, 2014